O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GABRIEL VALENCIA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A.M. GONZALEZ, Warden,<br><br>　　　　　Respondent. | Case No. SACV 14-00157-FMO (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: <u>December 15, 2014</u>

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE